816

No. 96. CUSTOM BUILT HOMES CO., INC., v. KANSAS STATE COMMISSION OF REVENUE AND TAXATION. Supreme Court of Kansas. Certiorari denied. *Paul Van Osdol, Jr.* for petitioner. *Clarence J. Malone* for respondent.

No. 99. NACIREMA OPERATING CO., INC., v. CALMAR STEAMSHIP CORP. C. A. 4th Cir. Certiorari denied. *William L. Marbury* and *Jesse Slingluff* for petitioner. *George W. P. Whip* and *Robert E. Coughlan, Jr.* for respondent.

No. 101. ADAIR v. STOKES. C. A. 4th Cir. Certiorari denied. *G. Kenneth Miller* for petitioner.

No. 103. FAR WEST ENGINEERING CO., INC., v. CRAIG ET AL. C. A. 9th Cir. Certiorari denied. *Victor R. Hansen* for petitioner. *Samuel Maidman* for respondents.

No. 105. INTERNATIONAL WOODWORKERS OF AMERICA, LOCAL UNION No. 13–433, AFL–CIO, v. NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *John Halpin, Jr.* for petitioner. *Solicitor General Rankin, Stuart Rothman, Thomas L. McDermott, Dominick L. Manoli* and *Margaret M. Farmer* for respondent.

No. 108. MILL RIDGE COAL CO. v. PATTERSON, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *William B. White* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *A. F. Prescott* for respondent.